UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUILLERMO FERNANDEZ GALINDO, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>ONG AMNUAY INC. (D/B/A CHAAMLEX), THANYA ONG, and NARONG PIEMTONGKAM (A.K.A. PUI),<br><br>*Defendants.* | Index No. 19-CV-00771-LGS<br><br>**[PROPOSED] DEFAULT JUDGMENT** |

This action was commenced on January 25, 2019 (Doc. No. 1). Summonses were issued for the defendants (Doc. Nos. 6-8) on January 28, 2019. Service was then made on all individual defendants Thanya Ong and Narong Piemtongkam on March 19, 2019 (*see* Doc. Nos. 13-14) and on corporate defendant Ong Amnuay Inc. on June 11, 2019 (Doc. No. 25).

To date, no Defendant has answered the Complaint or otherwise appeared or moved, and the Clerk of this Court has certified the default of all Defendants (Doc. Nos. 20-21, ___). The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the plaintiff have judgment jointly and severally against the Defendants ONG AMNUAY INC. (D/B/A CHAAMLEX), THANYA ONG, and NARONG PIEMTONGKAM (A.K.A. PUI),, in an amount to be determined by an inquest.

That the Plaintiff is awarded attorney's fees in an amount to be determined at an inquest.

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

- 2 -

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

That the matter is referred to the Honorable Sarah Netburn, United States Magistrate Judge, for an inquest as to damages. The inquest may be conducted by submission of supporting declarations or by in person testimony.

Dated: New York, New York
       _____, 2019

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE