# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

October 3, 2019

BY ECF  
Hon. Lorna G. Schofield  
United States District Judge  
United States Courthouse  
40 Foley Square  
New York, NY 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 10/4/2019

Re:   Fernandez Galindo et al v. Ong Amnuay Inc., et al; 19 CV 771-LGS

Your Honor:

I write on behalf of the Plaintiffs to respectfully request that the action be dismissed without prejudice, as we have been unable to locate Defendants to serve them.

We thank the Court for its time and attention to this matter.

This case is DISMISSED without prejudice. The Clerk of Court is respectfully directed to close this case.

Dated: October 4, 2019  
       New York, New York

Respectfully Submitted,

  /s/Joshua S. Androphy, Esq.  
Joshua S. Androphy, Esq.  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiff*

_____  
**LORNA G. SCHOFIELD**  
**UNITED STATES DISTRICT JUDGE**